UNITED STATES DISTRICT COURT　　　　　　　　　　　　　ECF CASE
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION** |
| v. | : | **07 Cr. 837** (VM) |
| Din Celaj, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------x

TO:　　　Clerk of Court
　　　　　United States District Court
　　　　　Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case in addition to AUSAs already on the case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　　　by:　　/s/ Katherine R. Goldstein
　　　　　　　　　　　　　　　　　　　　　Katherine R. Goldstein
　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　(212) 637-2641

TO:　　　Alan Seidler, Esq.
　　　　　Seth Ginsberg, Esq.
　　　　　Benjamin Fisher, Esq.
　　　　　Kenneth Paul, Esq.

Henry J. Steinglass, Esq.
Kyle Watters, Esq.
Lawrence Gerzog, Esq.
Andrew Patel, Esq.
Nancy Ennis, Esq.